IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Case No. 5:99-CR-00059-RLV

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HARRY RAMONE BAPTISTE, | ) | |

**THIS MATTER IS BEFORE THE COURT** on Harry Ramone Baptiste's Motion for Early Termination of Supervised Release. (Doc. 103). Baptiste's Motion asserts that his medical provider is unwilling to perform a lung transplant while he is on supervised release. (Doc. 103 at 2-3). On December 13, 2016, this Court issued an Order to Show Cause giving Baptiste thirty days to submit documentation from his medical provider supporting his assertion that he is unable to receive a lung transplant because of his supervised release status. (Doc. 105). Baptiste has not responded to the Order to Show Cause and the time for him to do so has elapsed. Accordingly, because Baptiste failed to substantiate his basis for seeking early termination of supervised release, his Motion for Early Termination of Supervised Release (Doc. 103) is **DENIED**.[1]

Signed: January 18, 2017

Richard L. Voorhees
United States District Judge

---

[1] The denial is without prejudice and Baptiste is free to refile his motion if the new motion is accompanied by the supporting documentation identified in this Court's Order to Show Cause.

1